THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alicia Ann Lay, Appellant.
 
 
 

Appeal From York County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2008-UP-443
 Submitted August 1, 2008  Filed August 6,
 2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Alicia
 Ann Lay appeals her guilty plea to common law robbery, assault and battery of a
 high and aggravated nature, criminal conspiracy, and financial transaction card
 theft.  Lay argues the trial court erred by considering her prior North Carolina conviction.  After a thorough review
 of the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Lays appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.